**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| |
|---|
| DANE DANIEL, JAMES GURTNER, and DEANNA NEASON, individually and on behalf of all others similarly situated, |
| |
| *Plaintiffs,* |
| |
| v. |
| |
| JAKE LOUIS FRUGE, IAN JAMES PRUKNER, BRAD ROMERO, MELTON WEAVER, AND PFS INVESTMENTS, INC., |
| |
| *Defendants.* |

Case No.: 4:25-cv-04857

Hon. Keith P. Ellison

**[PROPOSED] ORDER GRANTING
DEFENDANT PFS INVESTMENTS INC.'S MOTION TO DISMISS**

The Court, having considered Defendant PFS Investments Inc.'s Motion to Dismiss Plaintiffs' Complaint, finds that the Motion is well-taken and should be GRANTED in its entirety.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims, as alleged against PFS Investments Inc., are dismissed with prejudice.

SIGNED this ___ day of _____ 2026

_____
Honorable Keith P. Ellison
United States District Judge

1