|  |  |
|---|---|
| DANE DANIEL, JAMES GURTNER, and DEANNA NEASON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>JAKE LOUIS FRUGE, IAN JAMES PRUKNER, BRAD ROMERO, MELTON WEAVER, AND PFS INVESTMENTS, INC.,<br><br>*Defendants.* | Case No.: 4:25-cv-04857<br><br>Hon. Keith P. Ellison |

## PLAINTIFFS' OPPOSITION TO DEFENDANT JAKE LOUIS FRUGE'S MOTION TO DISMISS

Plaintiffs Dane Daniel, James Gurtner, and Deanna Neason (together, "Plaintiffs"), individually and on behalf of all others similarly situated ("Class Members"), by and through their attorneys, respectfully submit this Opposition to Defendant Jake Louis Fruge's Notice of Joinder/Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(3) (ECF No. 34, hereafter, "Motion").

Substantively, Fruge's Motion simply adopts the legal arguments asserted by Defendant Ian James Prukner in ECF No. 30. Plaintiffs have submitted a separate Opposition to Prukner's Motion and hereby incorporate that Opposition herein by reference. As a threshold matter, however, Fruge's Motion includes an improper, and unsupported, counter-factual narrative that Plaintiffs briefly address below.

**I.      Defendant's "Summary of Facts" is Inappropriate, Unsupported, and Disputed**

Fruge seeks dismissal under Federal Rule of Civil Procedure 12(b)(6) and 12(b)(3). A Court's analysis under Federal Rule of Civil Procedure 12(b)(6) determines whether the facts as alleged in the complaint state a legally cognizable claim for relief; defendant's versions of the facts have no place in that analysis. As the Fifth Circuit explained in *Spivey v. Robertson*, "this court will not look beyond the face of the pleadings to determine whether relief should be granted based on the alleged facts." *Spivey v. Robertson*, 197 F.3d 772, 774 (5th Cir. 1999).

Accordingly, any submissions beyond the facts alleged in the Complaint are not properly considered as part of the Rule 12(b)(6) analysis and should be disregarded accordingly. *Shough v. Tex. Dep't of Family & Protective Servs.*, 2012 WL 12986632, at *1, n.1 (N.D. Tex. Feb. 6, 2012) ("Although Collins attached affidavits to her motion to dismiss and Plaintiffs attached affidavits to their response, the Court EXCLUDES those affidavits because evidence outside the pleadings may not be considered in a review under Rule 12(b)(6)"); *see also Berry v. Hardwick*, 152 Fed. Appx. 371, 375 (5th Cir. 2005) (per curiam); *Baker v. Putnal*, 75 F.3d 190, 196 (5th Cir. 1996).

Notwithstanding the above, Fruge's Motion includes extensive factual argument that goes far outside the four corners of the Complaint, and furthermore, is vigorously disputed. (Tellingly, Fruge's statements are presented without any factual support.) Out of an abundance of caution Plaintiffs hereby register their objection to the Court's consideration of any of the counter-factual arguments offered in Defendant Fruge's Motion.

**II.     Defendant's Motion to Dismiss Is Otherwise Entirely Addressed by Plaintiffs' Opposition to Defendant Prukner's Motion to Dismiss**

As noted above, Fruge joins Prukner's Motion to Dismiss; he does not make any individual legal arguments of his own. As such, Plaintiffs incorporate and restate their Opposition to Defendant Prukner's Motion to Dismiss as if set forth in full herein, and further submit that the Court should deny Fruge's Motion.

Dated: January 28, 2026

Respectfully submitted,

**PFEIFFER WOLF CARR KANE CONWAY & WISE LLP**

*/s/ Daniel Centner*
Daniel Centner
LA Bar No 33055
SDTX Federal No. 3940226
935 Gravier St., Suite 1600 New
Orleans, LA 70112
dcentner@peifferwolf.com
T (504) 523-2434

Andrew Ready Tate
GA Bar No. 518068
SDTX Federal No. 3854167
235 Peachtree St. NE, Suite 400
Atlanta, GA 30303
Main: 314-669-3600
Direct: 404-282-4806
atate@peifferwolf.com

Jason J. Kane (will seek admission
*pro hac vice*)
160 Linden Oaks
Rochester, NY 14625
T (585) 310-5140 F (585) 397-3745
jkane@peifferwolf.com

Albert Copeland (will seek
admission *pro hac vice*)

PLAINTIFFS' OPPOSITION TO DEFENDANT JAKE LOUIS FRUGE'S MOTION TO DISMISS

2100 Southbridge Parkway, Suite
650, #2636 Birmingham, AL 35209
T (205) 203-0363
acopeland@peifferwolf.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed via the Court's CM/ECF case management system on the 28th day of January 2026.

/s/*Daniel Centner*

PLAINTIFFS' OPPOSITION TO DEFENDANT JAKE LOUIS FRUGE'S MOTION TO DISMISS