United States District Court
Southern District of Texas
**ENTERED**
May 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DANE DANIEL, *et al*, | § | CIVIL ACTION NUMBER |
| Plaintiffs, | § | 4:25-cv-04857 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| JAKE LOUIS FRUGE, *et al*, | § | |
| Defendants. | § | |

**ORDER**

This action was reassigned to the undersigned following recusal of Judge Keith P. Ellison. See Dkt 49.

Pending are motions to dismiss by Defendants Ian James Prukner and PFS Investments, Inc. Dkts 30 & 31. Defendant Jake Louis Fruge has also moved to join in Prukner's motion to dismiss. Dkt 34. Also pending is a motion by PFSI to stay discovery pending resolution of its motion to dismiss. Dkt 46.

Plaintiffs have recently filed notice of voluntary dismissal with prejudice of their claims against Prukner. Dkt 55.

Plaintiffs and PFSI have also jointly moved to stay proceedings as to PFSI until July 16, 2026, to allow them opportunity to discuss a potential resolution of their dispute on June 16, 2026. Dkt 54.

The claims by Plaintiffs Dane Daniel, James Gurtner, and Deanna Neason against Defendant Ian James Prukner are DISMISSED WITH PREJUDICE.

The motion by Defendant Ian James Prukner to dismiss is DENIED AS MOOT. Dkt 30.

The motion by Defendant PFS Investments, Inc, to stay discovery is GRANTED. Dkt 46.

The joint motion to stay proceedings as to Defendant PFS Investments, Inc, is GRANTED, with such stay ENTERED until July 20, 2026. Dkt 54.

The parties are ORDERED to provide notice by June 23, 2026, of success or impasse in settlement discussions.

It is further ORDERED that this matter is hereby SET for motion hearing on July 20, 2026, at 10:30 am.

All remaining motions to dismiss will be addressed at that time, if necessary. See Dkts 31 & 34. Hearing is unlikely to be continued even upon joint request of the parties. Plaintiffs may there also request that the stay on discovery be lifted.

SO ORDERED.

Signed on May 15, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge

2