**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DANE DANIEL, JAMES GURTNER, and DEANNA NEASON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>JAKE LOUIS FRUGE, IAN JAMES PRUKNER, BRAD ROMERO, MELTON WEAVER, AND PFS INVESTMENTS, INC.,<br><br>*Defendants.* | Case No.: 4:25-cv-04857<br><br>Hon. Charles Eskridge |

**JOINT REPORT ON MEDIATION**

Pursuant to this Court's May 18, 2026 Order (Dkt. 56), Defendant PFS Investments Inc. ("PFSI") and Plaintiffs Dane Daniel, James Gurtner, and Deanna Neason (collectively, the "Parties") hereby submit a Joint Report on Mediation as follows:

On June 16, 2026, the Parties attended a mediation session with Robert Herschman, Esq. in an attempt to resolve the claims alleged in this lawsuit against PFSI. Despite good faith efforts, the Parties were unable to resolve the matter during the mediation. However, the Parties intend to continue engaging in settlement discussions and will notify the Court if they are able to resolve the claims against PFSI.

1

Dated: June 22, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Brian M. Lutz*
BRIAN M. LUTZ (*pro hac vice*)
MICHAEL J. KAHN (*pro hac vice*)
One Embarcadero Center #2600
San Francisco, CA 94111
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
BLutz@gibsondunn.com
MJKahn@gibsondunn.com

COLLIN J. COX
Texas Bar No. 24031977
SDTX Federal No. 654469
811 Main Street, Suite 3000
Houston, TX 77002
Telephone: (346) 718-6600
Facsimile: (346) 718-6620
CCox@gibsondunn.com

*Attorneys for Defendant*
*PFS Investments Inc.*

PEIFFER WOLF CARR KANE
CONWAY & WISE LLP

*/s/ Daniel Centner*
DANIEL CENTNER
LA Bar no. 3305
SDTX Federal ID No. 3940226
935 Gravier St., Suite 1600
New Orleans, LA 70112
Telephone: (504) 523-2434
dcentner@peifferwolf.com

ANDREW READY TATE
GA Bar No. 518068
SDTX Federal ID No. 3854167
235 Peachtree St. NE, Suite 400
Atlanta, GA 30303

2

Main: (314) 669-3600
Direct: (404) 282-4806
atate@peifferwolf.com

JASON J. KANE (*pro hac vice*)
160 Linden Oaks
Rochester, NY 14625
T (585) 310-5140
F (585) 397-3745
jkane@peifferwolf.com

ALBERT COPELAND (will seek
admission *pro hac vice*)
2100 Southbridge Parkway,
Suite 650, #2636
Birmingham, AL 35209
T (205) 203-0363
acopeland@peifferwolf.com

AND

MICHAEL C. BIXBY (will seek
admission *pro hac vice*)
BIXBY LAW, PLLC
4300 Bayou Blvd Suite 16
Pensacola, FL 32503
T (850) 332-6945
michael@bixbylawfirm.com

*Attorneys for Plaintiffs*

## FILER ATTESTATION

In accordance with the Administrative Procedures for Electronic Filing, the filing party has obtained permission from the other parties regarding filing of this joint motion and electronic signature on their behalf.

/s/ Brian M. Lutz
Brian M. Lutz

3

## CERTIFICATE OF WORD COUNT

Pursuant to Court Procedure 18(c), I hereby certify that this motion contains 103 words, according to the word-processing register.

*/s/ Brian M. Lutz*
Brian M. Lutz

## CERTIFICATE OF SERVICE

Pursuant to Civ. L.R. 5.3, I hereby certify that on June 22, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brian M. Lutz*
Brian M. Lutz