UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Dane Daniel, et al.<br>Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:25−cv−04857 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| Jake Louis Fruge, et al.<br>Defendant. | §<br>§<br>§ | |

NOTICE OF SETTING

Take notice that a Motion Hearing is set as follows:

Monday, August 10, 2026, at 02:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002